**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-1211

Caption [use short title]

**Motion for:** Motion to Hold Appeal in Abeyance

In Re: Acetaminophen-ASD-ADHD

Products Liability Litigation

Set forth below precise, complete statement of relief sought:

Plaintiff-appellants respectfully move to have this appeal

(26-1211) held in abeyance pending the Court's

disposition of the appeal in No.: 24:916

**MOVING PARTY:** Plaintiff-appellants

**OPPOSING PARTY:** Defendants

- ☒ Plaintiff
- ☐ Defendant
- ☐ Appellant/Petitioner
- ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey Travers

**OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

THE MILLER FIRM, LLC, 108 Railroad Ave.

Orange, VA 22960; (540) 672-4224

jtravers@millerfirmllc.com

Kirkland & Ellis, LLP, 601 Lexington Ave.

New York, NY 10022, 212-446-4800

lefkowitz@kirkland.com

Court- Judge/ Agency appealed from: Hon. Denise L. Cote; SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**

Jeffrey A. Travers  Digitally signed by Jeffrey A. Travers Date: 2026.05.13 15:45:07 -04'00'  **Date:** 5/13/2026

Service :  ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**In Re: Acetaminophen-ASD-ADHD Products Liability Litigation**

Angela Jeffers, *et al.*,

        Plaintiffs-Appellants,

     v.

Johnson & Johnson Consumer Inc. *et al.*,

        Defendants-Appellees.

Appeal No.: 26-1211

## PLAINTIFFS-APPELLANTS' MOTION TO HOLD APPEALS IN ABEYANCE

Plaintiffs-Appellants (hereinafter, "Plaintiffs") in the above-captioned appeal respectfully move to have their appeal held in abeyance pending the Court's disposition of the appeal in *Rutledge v. Walgreen Co.*, No. 24-916 ("Rutledge"). The reasons supporting this Motion are fully set forth in the accompanying Declaration of Jeffrey Travers.

Dated: 5/13/2026

Respectfully submitted,

/s/ Jeffrey Travers
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, VA 22960

Tel: (540) 672-4224
Fax: (540) 672-3055
Email:jtravers@millerfirmllc.com

Attorneys for Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of May, 2026, I served the foregoing Motion on all counsel of record in these appeals through the Court's CM/ECF system.

/s/ Jeffrey Travers
Jeffrey Travers

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**In Re: Acetaminophen-ASD-ADHD Products Liability Litigation**

Angela Jeffers, *et al*.,

        Plaintiffs-Appellants,

   v.

Johnson & Johnson Consumer Inc. *et al*.,

        Defendants-Appellees.

Appeal No.: 26-1211

## DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION TO HOLD APPEALS IN ABEYANCE

I, Jeffrey Travers, declare the following pursuant to 28 U.S.C. § 1746.

1.    I am an Associate of THE MILLER FIRM, LLC and am admitted to practice in the Commonwealth of Virginia and am also admitted to the Bar of this Court. I am counsel of record for Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeal. I have personal knowledge of the matters set forth herein based on my role as counsel of record and my review of the case file in this matter.

2.    I make this Declaration in support of Plaintiffs' Motion to have this appeal (Appeal No.: 26-1211) held in abeyance pending this Court's disposition in

*Rutledge v. Walgreen Co.*, Appeal No. 24-916 ("Rutledge") since both appeals involve substantially similar issues (collectively referred to as the "Acetaminophen Appeals").

3. The Acetaminophen Appeals all arise out of the multidistrict litigation captioned *In re Acetaminophen—ASD-ADHD Products Liability Litigation*, No. 22-md-3043, which was centralized by the Judicial Panel on Multidistrict Litigation in the Southern District of New York ("the Acetaminophen MDL").

4. Specifically, the Acetaminophen Appeals seek review of the District Court's December 18, 2023 decision excluding under Federal Rule of Evidence ("FRE") 702, all of the expert opinions that the plaintiffs in the Acetaminophen MDL had proffered concerning general causation. *In re Acetaminophen—ASD-ADHD Prods. Liab. Litig.*, 707 F. Supp. 3d 309, 333-72 (S.D.N.Y. 2023) (ECF No. 1381 in No. 22-md- 3043). Based on that ruling, the district court entered granted summary judgment, concluding that the plaintiffs could not present any evidence of causation based on that court's FRE 702 ruling, and it entered final judgment dismissing the cases. See No. 22-md-3043 (S.D.N.Y.) (ECF Nos. 1409, 1503).

5. *Rutledge* is the lead appeal challenging the District Court's decision, and it has been fully briefed. Briefing in *Rutledge* was completed with the filing of the plaintiffs-appellants' reply brief on December 2, 2024 (ECF Nos. 198-99 in Appeal No. 24-916).

6. Consequently, should this Court find reversible error in *Rutledge* as to the District Court's exclusion of the Acetaminophen MDL plaintiffs' expert testimony, it would also require the reversal of the Final Judgment in this case.

7. Because the Court's resolution of *Rutledge* will almost certainly be dispositive of this appeal, the interests of judicial efficiency and economy would best be served by holding this appeal in abeyance, thereby avoiding both unnecessary, duplicative briefing as well as the needless commitment of judicial resources in adjudicating those appeals.

8. Pursuant to Local Rule 27.1, I have contacted counsel for Defendant-Appellees concerning the relief requested herein. Counsel for Defendants-Appellants have advised that they do not oppose this Motion.

9. Under penalty of perjury, I declare the foregoing to be true and correct.

Executed this 13th Day of May, 2026

/s/ Jeffrey Travers

Jeffrey Travers

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of May, 2026, I served the foregoing

Declaration on all counsel of record in these appeals through the Court's CM/ECF

system.

/s/ Jeffrey Travers
Jeffrey Travers